1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM O. GILLEY, individually, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD CORPORATION; CHEVRON CORPORATION; EXXON CORPORATION; MOBIL OIL CORPORATION; SHELL OIL COMPANY; TEXACO, INC.; TOSCO CORPORATION; ULTRAMAR CORPORATION; and UNOCAL CORPORATION<br><br>Defendants. | Case No. 98-CV-132 BTM(JAH)<br><br>[PROPOSED] ORDER AUTHORIZING REIMBURSEMENT OF EXPENSES FROM THE SETTLEMENT FUND<br><br>Date:<br>Time:<br>Place:<br><br>Hon. Barry Ted Moskowitz |
|---|---|

WHEREAS, on December 20, 1999 this Court entered an order of final approval of a partial settlement in this action, pursuant to which a Court Order was required for all disbursements from the escrow account to be established pursuant to the settlement;

WHEREAS, Plaintiff's Counsel requests reimbursement of expenses advanced. A breakdown of the expenses are listed below:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31/2006 | Franchise Tax Board - 1st Quarter Tax Pmt. | $300.00 |
| 08/31/2006 | SD Trust Bank -1st Quarter Federal Tax Pmt. | $3,300.00 |
| 4/11/2007 | Franchise Tax Board - 4th Quarter Tax Pmt. | $717.00 |

| | | |
|---|---|---|
| 4/11/2007 | SD Trust Bank - 4th Quarter Federal Tax Pmt. | $1,475.00 |
| 4/11/2007 | Franchise Tax Board - 1st Quarter Tax Pmt. | $260.00 |
| 4/11/2007 | SD Trust Bank - 1st Quarter Federal Tax Pmt. | $1,300.00 |
| 5/25/2007 | Franchise Tax Board - 1st Quarter Tax Pmt. | $500.00 |
| 5/25/2007 | SD Trust Bank - 1st Quarter Federal Tax Pmt. | $1,500.00 |
| | **TOTAL** | **$9,352.00** |

THEREFORE, the Court AWARDS Plaintiff's Counsel authorization for reimbursement of expenses incurred from the settlement funds held in escrow at US Bancorp/Piper Jaffray in the amount of $9,352.00.

IT IS SO ORDERED.

DATED: June 12, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge