# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. GILLEY, et al.,<br><br>           Plaintiffs,<br>v.<br>ATLANTIC RICHFIELD COMPANY, et al.,<br><br>           Defendants. | Case No. 98cv132 BTM (AJB)<br><br>**ORDER RE DISBURSEMENT OF SETTLEMENT FUND AND LIFTING STAY OF SETTLEMENT FUND** |

Plaintiffs' motion for disbursement of funds is **GRANTED** in part and **DENIED** in part. Having reviewed Plaintiffs' supplemental briefing and considering the lodestar method, the Court orders the disbursal of $33,520 for attorney's fees to KKBS. Because there has been no showing that computer research expenses are normally billed to the client, as opposed to being absorbed as overhead, the Court denies KKBS' request of $481.73 and Cohelan Khoury & Singer's request of $873.53 for reimbursement of such expenses. *See Seamands v. Sears Holding Corp.*, No. 09-2054-JWL, 2011 U.S. Dist. LEXIS 24741, at *60-61 (D. Kan. Mar. 11, 2011). All other requests for reimbursement of costs set forth in Plaintiffs' motion for disbursement of funds [doc. # 238] are approved. The administrator shall disburse $1,394.94 for costs to KKBS and $19,812.34 for costs to Cohelan Khoury. Finally, the sum of $1,421.50 shall be disbursed to Damasco & Associates for accounting and tax-related services.

The balance of funds and all accrued interest shall be disbursed to the California Attorney General's Antitrust Litigation Deposit Fund with the restriction that the funds shall be used only to aid in the investigation and prosecution of claims against, or mergers

1 involving, oil and gas companies.  *See* Doc. # 237.  A status memorandum confirming the
2 disbursement and closing this case shall be filed by Plaintiffs on or before <u>July 15, 2011</u>.
3     The stay on disbursement is hereby lifted.

5 **IT IS SO ORDERED.**

7 DATED:  May 25, 2011

_____
Honorable Barry Ted Moskowitz
United States District Judge